UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL GARCIA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WIND CREEK BETHLEHEM, LLC,;<br>KENT JENKINS; JOHN DOE SECURITY<br>OFFICERS 1-10; TPR. JOHNNY RODRIGUEZ;<br>and COL. ROBERT EVANCHICK,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　No. 5:22-cv-00292<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 12th day of September, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss filed by Defendants Rodriguez and Evanchick, ECF No. 18, is **GRANTED**.

2. The Motion to Dismiss filed by Defendants Wind Creek Bethlehem and Jenkins, ECF No. 19, is **GRANTED**.

3. The Amended Complaint, ECF No. 16, is **DISMISSED with prejudice**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge